1  VARMA & CLANCY
   Bob N. Varma (SBN 173508)
2  910 Florin Road, Ste. 212
   Sacramento, CA 95831
3  tel (916) 429-4080

**OK/HAV**

4
   Attorney for Plaintiffs
5

6              IN THE UNITED STATES DISTRICT COURT

7              FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9  ALEX G., a minor, By and Through DR.        )   CASE NO: CIV S 03-2258 DFL DAD
   STEPHEN G., His Guardian Ad Litem, et al.,  )
10                                             )
          Plaintiffs,                          )   **STIPULATION AND ORDER FOR**
11                                             )   **CONTINUANCE OF HEARING**
   v.                                          )
12                                             )
   BOARD OF TRUSTEES OF DAVIS JOINT            )
13 UNIFIED SCHOOL DISTRICT, et al.             )   **Date:**     **June 1, 2005**
                                               )   **Time:**     **10:00 A.M.**
14        Defendants.                          )   **Ctrm.:**    **7**
                                               )
15                                             )
                                               )
16

17

18 TO THE HONORABLE DAVID F. LEVI, PRESIDING JUDGE:

19

20        IT IS HEREBY STIPULATED AND AGREED by and between counsel for Alex G., a minor

21 by and through Dr. Stephen G., his Guardian ad Litem et al., and counsel for Davis Joint Unified

22 School District et al. that the current hearing date for Motion for Summary Judgment be postponed

23 and continued to July 13, 2005, at 10:00 a.m., because counsel for Plaintiffs is currently in the

24 middle of moving offices, has two administrative due process hearing for which he is scheduled and

25 given the length and importance of the motion currently pending, counsel cannot reasonably respond

26 in a timely manner.

27

28
<u>Alex G. v Board of Trustees of Davis Joint Unified School District</u>
Case No CIV S 03-2258 DFL DAD
Stipulation and Order for Continuance of Hearing
Page 1

Based upon the stipulation between the parties and the Court's calendar the new dates will be as follows.

1. Motion for Summary Judgment is reset to July 13, 2005, at 10:00 a.m.,
    a. Plaintiff shall file opposing papers by June 22, 2005;
    b. Defendants shall file reply papers by July 6, 2005
2. The Pretrial Conference is reset to September 2, 2005, at 3:00 p.m.;
    a. Parties shall file Joint Pretrial Conference Statement by August 26, 2005
3. Trial in this matter is reset to October 3, 2005

Dated: May 19, 2005             /s/ Bob N. Varma
                                BOB N. VARMA
                                ATTORNEY FOR PLAINTIFFS

Dated: May 19, 2005             /s/ Signature on Original
                                GREGORY A. WEDNER
                                LOZANO SMITH
                                ATTORNEY FOR DEFENDANTS

ORDER

IT IS HEREBY ORDERED that the hearing is continued to July 13, 2005, at 10:00 a.m. and the parties are ordered to comply with the above stated dates.

Dated: 5/24/2005                /s/ David F. Levi
                                HON. DAVID F. LEVI
                                CHIEF JUDGE
                                UNITED STATES DISTRICT COURT

Alex G. v Board of Trustees of Davis Joint Unified School District
Case No CIV S 03-2258 DFL DAD
Stipulation and Order for Continuance of Hearing
Page 2