Gregory A. Wedner, SBN 067965
Jan E. Tomsky, SBN 173131
Sloan R. Simmons, SBN 233752
**LOZANO SMITH**
899 Northgate Drive, Suite 200
San Rafael, CA 94903-3666
Telephone: (415) 459-3008
Facsimile (415) 456-3826

Attorneys for Defendants
DAVIS JOINT UNIFIED SCHOOL DISTRICT et al.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX G., a minor, by and through DR. STEVEN G., his Guardian Ad Litem et al., <br><br>    Plaintiffs, <br><br>v. <br><br>BOARD OF TRUSTEES OF DAVIS JOINT UNIFIED SCHOOL DISTRICT et al., <br><br>    Defendants. | CASE NO. CIV S 03-2258 DFL DAD <br><br>**STIPULATION TO BRIEFING SCHEDULE FOR PLAINTIFF'S REMAINING IDEA CLAIM; PROPOSED ORDER** <br><br>Trial Date:    January 9, 2005 <br>Time:           8:30 a.m. <br>Courtroom:  Room 7, 14th Floor <br>Judge:          Hon. David F. Levi |

      IT IS HEREBY STIPULATED by and between the Plaintiff Alex G. ("Alex"), by and through his father, Dr. Steven G., his Guardian Ad Litem, through his attorneys, Varma & Clancy by Bob N. Varma, Esq. and Defendant Davis Joint Unified School District ("District"), through its attorneys, Lozano Smith by Jan E. Tomsky, Esq., as to the following:

      1.    Currently, the last day for Alex and the District to file their joint pretrial statement is November 11, 2005, Alex's and the District's pretrial conference is scheduled for November 18, 2005 at 2:00 p.m., and the last day for Alex and the District to serve opening trial briefs is December 22, 2005.

      2.    As a result of the Court's Memorandum of Opinion and Order of August 19, 2005, Alex's only remaining claim in this action is his IDEA claim against the District, appealing the Special Education Hearing Office's ("SEHO") decision rendered on or about July 31, 2003.

3. Because only Alex's IDEA claim remains, that claim is based on the review of SEHO's due process decision below, and no live testimony is required by either party, the parties stipulate to a briefing schedule where: 1) Alex will file an Opening Brief by November 25, 2005; 2) the District will file its Opposition to said Opening Brief by December 23, 2005; and 3) Alex will file his Reply to said Opposition by December 30, 2005.

4. The parties agree that the Court's scheduled deadline for filing a joint pretrial statement and the scheduled pretrial conference should be vacated.

5. The parties agree that the Court's scheduled trial date of January 9, 2006, should remain on calendar. However, the parties agree that the expected time of trial will no longer be two to three days. Rather, the parties agree that the scheduled trial date should serve as a date to conduct oral arguments before the Court based on the submitted briefing.

Dated: October 6, 2005                     Respectfully submitted,

                                           VARMA & CLANCY

                                           /s/ Bob N. Varma
                                           BOB N. VARMA
                                           Attorneys for Plaintiff
                                           ALEX G.


Dated: October 7, 2005                     Respectfully submitted,

                                           LOZANO SMITH

                                           /s/ Jan E. Tomsky
                                           JAN E. TOMSKY
                                           Attorneys for Defendant
                                           DAVIS JOINT UNIFIED SCHOOL
                                           DISTRICT

00319\026\PLD\R0033359.WPD

1  [PROPOSED] ORDER

2  IT IS HEREBY ORDERED that the parties will submit to the following briefing schedule for the
3  Plaintiff's remaining claim in this action, his IDEA appeal: 1) Plaintiff Alex G. will file an opening
4  brief by November 25, 2005; 2) Defendant Davis Joint Unified School District will file an opposition to
5  said opening brief by December 23, 2005; and 3) Plaintiff Alex G. will file a reply to the said opposition
6  by December 30, 2005. The parties will conduct oral argument based on the submitted briefing on
7  January 9, 2006 at 8:30 a.m.

DATED: October 19, 2005

/s/ David F. Levi
Honorable David F. Levi
Chief Judge
United States District Court

00319\026\PLD\R0033359.WPD